IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

AUG 9 2023 PM 2:17
FILED - USDC - NDTX - AM

| | |
|---|---|
| DAVID WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN LEEAH, *et al.*,<br><br>Defendants. | 2:22-CV-220-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
AND
DISMISSING CIVIL RIGHTS CLAIM**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss the civil rights complaint filed by Plaintiff. ECF No. 19. No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and the case is **DISMISSED**. Plaintiff's two pending motions to proceed *in forma pauperis* are **DENIED** because his account balance disqualifies him, and in the alternative, as moot because the case is dismissed.

**IT IS SO ORDERED.**

August 9, 2023

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE